favor of plaintiff entered upon a verdict in an action to
recover for personal injuries alleged to have been sus-
tained by plaintiff through the negligence of defendants.
The complaint alleged that plaintiff while walking on
the west side of Broadway in the borough of Manhattan
caught his foot in a hole in a steel and glass vault covering
maintained by defendants in front of their premises and
falling received the injuries complained of.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for
appellants.

*Harold R. Medina* and *Nathan Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE
and LEHMAN, JJ. Dissenting: MCLAUGHLIN, J. Absent:
ANDREWS, J.

---

METER RENTING Co., INC., Respondent, *v.* THOMAS E.
GREACEN et al., Appellants.

*Corporations — directors — action by corporation to recover from directors
amount of alleged improper payments authorized by them.*

*Meter Renting Co., Inc.,* v. *Greacen,* 214 App. Div. 722, affirmed.
(Argued March 31, 1926; decided May 4, 1926.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered June 5, 1925, unanimously affirming
a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term. The action was
brought to recover from three former directors of plaintiff,
a corporation, payments authorized by them for salaries
and expenses in violation of an alleged agreement between
the organizers of the corporation that " so long as any
such loans are unpaid no salaries shall be paid to officers
or to the general manager, nor fees to directors, nor
shall the company incur any expenses whatever except
by consent of all the directors and the net profits of the
business shall be applied first to the payment of such
loans."

*George D. Carrington, Samuel Greenbaum* and *Jonas J. Shapiro* for appellants.

*Harford T. Marshall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

JOSEPH NARO, Respondent, *v.* LIGGETT WINCHESTER LEY REALTY CORPORATION, Appellant.

*Negligence — elevators — workman engaged in removing rubbish from cellar injured through sudden starting of elevator after stopping below sidewalk level.*

*Naro* v. *Liggett Winchester Ley Realty Corp.*, 215 App. Div. 835, affirmed.

(Argued March 31, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was injured while lawfully riding on a lift elevator running from the sub-basement of defendant's building to the sidewalk and operated by an employee of defendant. It was alleged that at the time of the accident plaintiff was engaged in removing bags of rubbish from the basement to the sidewalk; that the elevator loaded with bags stopped two feet below the sidewalk level and plaintiff assuming that it would remain there started to unload the bags. While he was thus engaged the operator manipulated the mechanism so that the elevator started with a jerk causing plaintiff to slip back so that his foot was caught between the elevator and wall resulting in the injury complained of.

*Walter L. Glenney* for appellant.

*Jacquin Frank, David M. Fink* and *Sol Boneparth* for respondent.